1  KENNETH C. ABSALOM (SBN. 114607) / kenabsalom@333law.com
   LAW OFFICES OF NEVIN & ABSALOM
2  22 Battery Street, Suite 333
   San Francisco, CA 94111
3  Tel.: (415) 392-5040
   Fax: (415) 392-3729                              **OK/HAV**
4  Attorneys for Plaintiff
   BRIAN WILSON
5

6  SEYFARTH SHAW LLP
   Kurt A. Kappes (SBN 146384) / kkappes@seyfarth.com
7  Jason T. Cooksey (SBN 208748) / jcooksey@seyfarth.com
   400 Capitol Mall, Suite 2350
8  Sacramento, California 95814-4428
   Telephone: (916) 448-0159
9  Facsimile: (916) 558-4839

10 Attorneys for Defendant
   SUNSWEET GROWERS INC.
11
                        UNITED STATES DISTRICT COURT
12
                        EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| BRIAN K. WILSON | Case No. 2:06-CV-00401-DFL-KJM |
| Plaintiff, | **STIPULATION TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT HEARING DATE** |
| v. | |
| SUNSWEET GROWERS INC. | |
| Defendant. | |
| | Date:        March 28, 2007 |
| | Time:        10:00 a.m. |
| | Courtroom:   7 |
| | Trial Date:  September 24, 2007 |
| | Complaint Filed: February 27, 2006 |

---

STIPULATION TO CONTINUE DEFENDANT'S MSJ HEARING DATE

SC1 17079859.1

Plaintiff BRIAN K. WILSON and defendant SUNSWEET GROWERS, INC. through their attorneys of record, hereby stipulate to continue the hearing date on defendant's motion for summary judgment or alternatively partial summary judgment currently set for March 28, 2007 to **April 25, 2007**. This is the first request to continue this hearing date. Good cause exists for the requested continuance because plaintiff's counsel has an arbitration scheduled for the same date.

The parties stipulate that Plaintiff's opposition must be filed and served on April 4, 2007 and Defendant's reply brief must be filed and served on April 19, 2007.

DATED: March ___, 2007                          SEYFARTH SHAW LLP


                                                By_____
                                                     Kurt A. Kappes
                                                     Jason T. Cooksey
                                                Attorneys for Defendant
                                                SUNSWEET GROWERS INC.

DATED: March ___, 2007                          LAW OFFICE OF NEVIN & ABSALOM


                                                By_____
                                                     Kenneth C. Absalom
                                                Attorneys for Plaintiff
                                                BRIAN K. WILSON

## ORDER

**IT IS SO ORDERED:**

The hearing date on the above motion is rescheduled to April 25, 2007, at 10:00 a.m. Plaintiff's opposition must be filed and served on April 4, 2007. Defendant's reply brief must be filed and served on April 19, 2007


DATE: March 12, 2007                    /s/ David F. Levi
                                        UNITED STATES DISTRICT COURT JUDGE